| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Giuseppe Cianci and Rita Cianci

Case No.: 16-19448

Adv. No.:

Hearing Date:

Judge: Kathryn C. Ferguson

# ORDER

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: October 24, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**TUCKER ARENSBERG, P.C.**
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212
Fax: (412) 594-5619

*Counsel to PNC Bank, National Association*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Bankruptcy No. 16-19448 |
| Giuseppe Cianci<br>Rita Cianci | Chapter 13 |
| | Related to Doc No. 12 |
| Debtors | |
| | Judge: Kathryn C. Ferguson |

### STIPULATION OF PNC BANK, N.A. AND DEBTORS REGARDING THE DEBTORS' CHAPTER 13 PLAN

PNC Bank, National Association ("PNC Bank"), by and through its undersigned counsel, and Giuseppe Cianci and Rita Cianci (the "**Debtors**") by and through their undersigned counsel, with the following Stipulation:

### RECITALS

WHEREAS, the Debtors filed for protection under Chapter 13 of Title 11 of the United States Code on May 16, 2016 (the "Petition Date");

WHEREAS, the Debtors are obligated to PNC Bank pursuant to a Home Equity Line of Credit Agreement and Disclosure Statement in the original principal amount of $91,750.00 dated January 31, 2006 (the "Note");

WHEREAS, the Note is secured by a Mortgage on the Debtors' real property located at 61 Hawthorne Drive, Tinton Falls, New Jersey 07753 (the "Mortgaged Premises") that was

recorded on March 9, 2006 with the Monmouth County Records at Book 8547 and Page 6617 (the "Mortgage");

WHEREAS, on May 27, 2016, the Debtors filed a Chapter 13 Plan;

WHEREAS, PNC Bank and the Debtors have agreed upon the terms of the proposed agreement.

AND NOW, in consideration of the foregoing recitals, and with PNC Bank and the Debtors intending to be legally bound, the parties hereby stipulate and agree as follows:

1. The lien of PNC evidenced by the Mortgage on the Mortgaged Premises shall be avoided upon the completion of the Debtors' Chapter 13 Plan and the subsequent discharge of the Debtors;

2. The lien is held until plan completion and discharge and continuing until the Claim has been paid in full;

3. All other terms, provisions, conditions, obligations, covenants, agreements, rights and remedies set forth in the Note and Mortgage remain in full force and effect;

4. The Debtors cannot further modify or reduce PNC Bank's claim;

5. The terms of this Stipulation may not be modified, revised, altered or changed to any extent, whether set forth in a Chapter 13 Plan or not, without the express written consent of both the Debtors and PNC Bank;

5. The Debtors and PNC Bank agree that the recitals set forth herein are incorporated into the Stipulation as though set forth at length;

6. In the event the Debtors' Chapter 13 bankruptcy case is dismissed or converted to a Chapter 7, 11 or 12 bankruptcy case, the modification of the terms of the PNC Bank's secured

BANK_FIN:540930-1

2

Claims by the terms of this Stipulation shall be deemed null and void without further hearing or Order; and

7. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

WHEREFORE, PNC Bank and Debtors respectfully request that this Honorable Court execute the Order of Court approving the Stipulation.

| | |
|---|---|
| Stipulated and Agreed to:<br>Counsel for the Debtors | Stipulated and Agreed to:<br>Counsel for PNC Bank |
| VEITENGRUBER LAW LLC | TUCKER ARENSBERG, P.C. |
| s/<br>George E. Veitengruber, III, Esq.<br>1720 Highway 34<br>Suite 10<br>Wall, NJ 07727<br>(732) 695-3303<br>Gveitengruberesq@gmail.com | s/<br>Jordan S. Blask, Esq.<br>1500 One PPG Place<br>Pittsburgh, PA 15219<br>(412) - 566-1212<br>jblask@tuckerlaw.com |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-19448-KCF
Giuseppe Cianci                                                         Chapter 13
Rita Cianci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db/jdb         +Giuseppe Cianci,   Rita Cianci,   61 Hawthorne Drive,   Tinton Falls, NJ 07753-7575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation    Bank of America,NA dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          George E Veitengruber, III    on behalf of Joint Debtor Rita   Cianci Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          George E Veitengruber, III    on behalf of Debtor Giuseppe   Cianci Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          Hubert C. Cutolo    on behalf of Creditor    Fox Chase IV, Phase II Condominium Association, Inc.
           hcutolo@cutololaw.com
          Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
                                                                                             TOTAL: 8