Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–19448–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Giuseppe Cianci
61 Hawthorne Drive
Tinton Falls, NJ 07753

Rita Cianci
61 Hawthorne Drive
Tinton Falls, NJ 07753

Social Security No.:
xxx–xx–6718                                                    xxx–xx–5068

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 27, 2016 and a confirmation hearing on such Plan has been scheduled for November 9, 2016.

The debtor filed a Modified Plan on November 7, 2016 and a confirmation hearing on the Modified Plan is scheduled for Jan. 11, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 10, 2016
JJW: pbf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Giuseppe Cianci  
Rita Cianci  
    Debtors

Case No. 16-19448-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 10, 2016  
                   Form ID: 186     Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.

```
db/jdb         +Giuseppe Cianci,    Rita Cianci,    61 Hawthorne Drive,    Tinton Falls, NJ 07753-7575
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm             +Bank of America,NA,    7105 Corporate Drive,    Plano, TX 75024-4100
cr             +Fox Chase IV, Phase II Condominium Association, In,    Cutolo Mandel LLC,    151 Highway 33 East,
                 Suite 204,    Manalapan, NJ 07726-8635
516180323      +BCA Financial Servicer's Inc.,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
516180320      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
516180321      +Barclay's Bank,    P.O. Box 803,    Wilmington, DE 19899-0803
516180324      +Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
516362799       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516180328      +Cutolo Mandell LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
516180329      +Diagnostic Laboratory Service,    520 E. 22nd St. Lombard,    Lombard, IL 60148-6110
516180330      +EMA Monmouth Emerg Med,    P.O. Box 417442,    Boston, MA 02241-7442
516180331      +Fingerhut Advantage,    P.O. Box 166,    Newark, NJ 07101-0166
516180332      +First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
516180333      +Fox Chase IV,    4 Walter E. Foran Blvd.,    Flemington, NJ 08822-4668
516253898      +Fox Chase IV, Phase II Condominium Association, In,    c/o Cutolo Mandel LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516180335      +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
516180337      +Lane Bryant/Comenity Bank,    P.O. Box 659728,    San Antonio, TX 78265-9728
516389011       MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN,    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516316444      +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516180339       Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728
516180341      +Monmouth Medical Imaging PA,    P.O. Box 1259,    DEPT. #88679,    Oaks, PA 19456-1259
516180342      +Montgomery Ward,    3650 Milwaukee Street,    Madison, WI 53714-2304
516259169      +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180343      +Orsini Gilson and Miller MD PC,    223 Monmouth Road,    West Long Branch, NJ 07764-1024
516180345       PNC Bank,    P.O. Box 742032,    Pittsburgh, PA 15274
516180344      +Pendrick Capital Partners,    P.O. Box 1022,    Wixom, MI 48393-1022
516180346      +Power UP,    P.O.Box 659820,    San Antonio, TX 78265-9120
516180325      +SOUTHERN OCEAN MEDICAL CENTER,    Celentano Stabtmauer & Walentowicz LLP,    1035 Route 46 East,
                 Suite B208,    Clifton, NJ 07013-2469
516180347      +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
516259168      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516400158      +Southern Ocean Medical Center,    c/o Celentano Stadtmauer & Walentowicz,    PO Box 2594,
                 Clifton, NJ 07015-2594
516180348      +Stoneberry,    P.O. Box 2820,    Monroe, WI 53566-8020
516259171      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180349       Target National Bank,    2701 Wayzata Boulevard,    Minneapolis, MN 55416
516180350       Tmobile,    Attn: Bankruptcy Department,    P.O. Box 54310,    Bellevue, WA 98015
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 10 2016 22:59:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 10 2016 22:59:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516180319      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:48      Amazon,    P.O. Box 960013,
                 Orlando, FL 32896-0013
516180322      +E-mail/Text: ebn@barnabashealth.org Nov 10 2016 22:59:27      Barnabis Health,    P.O. Box 903,
                 Oceanport, NJ 07757-0903
516180326      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 10 2016 22:58:50
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516180327      +E-mail/Text: creditonebknotifications@resurgent.com Nov 10 2016 22:58:19      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
516180334      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:48      JC Penney,    P.O. Box 9600090,
                 Orlando, FL 32896-0001
516180336      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2016 22:58:23      Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
516360803       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2016 22:56:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516356517       E-mail/Text: bkr@cardworks.com Nov 10 2016 22:58:14      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516180338      +E-mail/Text: bkr@cardworks.com Nov 10 2016 22:58:14      Merrick Bank,    P.O. Box 30537,
                 Tampa, FL 33630-3537
516180340      +E-mail/Text: ebn@barnabashealth.org Nov 10 2016 22:59:27      Monmouth Medical Center,
                 P.O. Box 29962,    New York, NY 10087-9962
516418023       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2016 23:02:23
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Nov 10, 2016
                              Form ID: 186               Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516389805       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 10 2016 22:59:15      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516212976        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:53
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516380964        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:53
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516272917        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516352600       +E-mail/Text: bncmail@w-legal.com Nov 10 2016 22:59:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516180351       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:17      Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America,NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Joint Debtor Rita   Cianci Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Giuseppe   Cianci Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Hubert C. Cutolo    on behalf of Creditor    Fox Chase IV, Phase II Condominium Association, Inc.
               hcutolo@cutololaw.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
                                                                                              TOTAL: 8
```