Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Giuseppe & Rita Cianci

Case No.: 16-19448  
Judge: KCF  
Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: November 7, 2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay $ 259.00 per month to the Chapter 13 Trustee, starting on June 1, 2016 for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:

  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☒ Loan modification with respect to mortgage encumbering property:
  Description: 61 Hawthorne Drive, Tinton Falls, NJ 07753
  Proposed date for completion: _____March 1, 2017_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ ___2350/180___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___Bank of America/Fox Chase___ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| George E. Veitengruber | Attorney Fees | $2,500.00 |

### Part 4:    Secured Claims

a. Curing Default and Maintaining Payments
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America Fox Chase IV | 61 Hawthrone Drive, Tinton Falls NJ 07753 | $163,655.01 $13,108.16 | 6.00 | 163,655.01 $13,108.16 | 2350 180 |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC Bank | 61 Hawthorne Drive Tinton Falls NJ 07753 | 83678.49 | 292,000.00 | 444373.48 | 0 | 0 | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

### e. Secured Claims to be Paid in Full Through the Plan:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

**Part 7: Motions**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| PNC Bank | 61 Hawthorne Drive, Tinton Falls NJ 07753 | 83,678.49 |

c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Administrative Fees
3) Secured Creditors
4) Unsecured Creditors

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____May 27, 2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Fox Chase Filed POC | Added Fox Chase to cure arrearage |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

6

| Part 10: | Sign Here |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: November 7, 2016

/s/ George E. Veitengruber
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: November 7, 2016

/s/ Giuseppe Cianci
Debtor

Date: November 7, 2016

/s/ Rita Cianci
Joint Debtor

7

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-19448-KCF
Giuseppe Cianci                                                     Chapter 13
Rita Cianci
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 2                    Date Rcvd: Nov 10, 2016
                              Form ID: pdf901               Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db/jdb         +Giuseppe Cianci,    Rita Cianci,    61 Hawthorne Drive,    Tinton Falls, NJ 07753-7575
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm             +Bank of America,NA,    7105 Corporate Drive,    Plano, TX 75024-4100
cr             +Fox Chase IV, Phase II Condominium Association, In,     Cutolo Mandel LLC,    151 Highway 33 East,
                 Suite 204,    Manalapan, NJ 07726-8635
516180323      +BCA Financial Servicer's Inc.,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
516180320      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
516180321      +Barclay's Bank,    P.O. Box 803,    Wilmington, DE 19899-0803
516180324      +Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
516362799       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516180328      +Cutolo Mandell LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
516180329      +Diagnostic Laboratory Service,    520 E. 22nd St. Lombard,    Lombard, IL 60148-6110
516180330      +EMA Monmouth Emerg Med,    P.O. Box 417442,    Boston, MA 02241-7442
516180331      +Fingerhut Advantage,    P.O. Box 166,    Newark, NJ 07101-0166
516180332      +First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
516180333      +Fox Chase IV,    4 Walter E. Foran Blvd.,    Flemington, NJ 08822-4668
516253898      +Fox Chase IV, Phase II Condominium Association, In,     c/o Cutolo Mandel LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516180335      +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
516180337      +Lane Bryant/Comenity Bank,    P.O. Box 659728,    San Antonio, TX 78265-9728
516389011       MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN,     Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516316444      +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516180339       Monmouth County Sheriff's Office,     2500 Kozloski Road,    Freehold, NJ 07728
516180341      +Monmouth Medical Imaging PA,    P.O. Box 1259,    DEPT. #88679,    Oaks, PA 19456-1259
516180342      +Montgomery Ward,    3650 Milwaukee Street,    Madison, WI 53714-2304
516259169      +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180343      +Orsini Gilson and Miller MD PC,    223 Monmouth Road,    West Long Branch, NJ 07764-1024
516180345       PNC Bank,    P.O. Box 742032,    Pittsburgh, PA 15274
516180344      +Pendrick Capital Partners,    P.O. Box 1022,    Wixom, MI 48393-1022
516180346      +Power UP,    P.O.Box 659820,    San Antonio, TX 78265-9120
516180325      +SOUTHERN OCEAN MEDICAL CENTER,    Celentano Stabtmauer & Walentowicz LLP,    1035 Route 46 East,
                 Suite B208,    Clifton, NJ 07013-2469
516180347      +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
516259168      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516400158      +Southern Ocean Medical Center,    c/o Celentano Stadtmauer & Walentowicz,    PO Box 2594,
                 Clifton, NJ 07015-2594
516180348      +Stoneberry,    P.O. Box 2820,    Monroe, WI 53566-8020
516259171      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180349       Target National Bank,    2701 Wayzata Boulevard,    Minneapolis, MN 55416
516180350       Tmobile,    Attn: Bankruptcy Department,    P.O. Box 54310,    Bellevue, WA 98015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 10 2016 22:59:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 10 2016 22:59:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516180319      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:57      Amazon,   P.O. Box 960013,
                 Orlando, FL 32896-0013
516180322      +E-mail/Text: ebn@barnabashealth.org Nov 10 2016 22:59:27      Barnabis Health,    P.O. Box 903,
                 Oceanport, NJ 07757-0903
516180326      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 10 2016 22:58:50
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516180327      +E-mail/Text: creditonebknotifications@resurgent.com Nov 10 2016 22:58:21       Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
516180334      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:55:57      JC Penney,    P.O. Box 9600090,
                 Orlando, FL 32896-0001
516180336      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2016 22:58:28      Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
516360803       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2016 22:56:08
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516356517       E-mail/Text: bkr@cardworks.com Nov 10 2016 22:58:14      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516180338      +E-mail/Text: bkr@cardworks.com Nov 10 2016 22:58:14      Merrick Bank,    P.O. Box 30537,
                 Tampa, FL 33630-3537
516180340      +E-mail/Text: ebn@barnabashealth.org Nov 10 2016 22:59:27      Monmouth Medical Center,
                 P.O. Box 29962,    New York, NY 10087-9962
516418023       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2016 23:02:22
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Nov 10, 2016
                              Form ID: pdf901          Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516389805       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 10 2016 22:59:16      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516212976        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:54
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
516380964        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:55
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516272917        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2016 22:58:54
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516352600       +E-mail/Text: bncmail@w-legal.com Nov 10 2016 22:59:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516180351       +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2016 22:56:49      Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America,NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Joint Debtor Rita   Cianci Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Giuseppe   Cianci Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Hubert C. Cutolo    on behalf of Creditor    Fox Chase IV, Phase II Condominium Association, Inc.
               hcutolo@cutololaw.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
                                                                                              TOTAL: 8
```