**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group. P.C.
216 Haddon Avenue. Suite 406
Westmont, NJ 08108
Attorney for Creditor

Order Filed on December 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Giuseppe Cianci

    Rita Cianci

         DEBTORS

Case No:    16-19448 KCF

Judge:    Chief Judge Kathryn C. Ferguson

Chapter:    13

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 27, 2016, and having granted until November 28, 2016:

Property:      61 Hawthorne Drive, Tinton Falls, NJ 07753

Creditor:      Bank of America, N.A.

and a Request for

> x Early Termination of the Loss Mitigation Period having been filed by Bank of America, N.A. and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective December 1, 2016.