Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−19448−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Giuseppe Cianci                              Rita Cianci
61 Hawthorne Drive                           61 Hawthorne Drive
Tinton Falls, NJ 07753                       Tinton Falls, NJ 07753

Social Security No.:
   xxx−xx−6718                                      xxx−xx−5068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 17, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 18, 2017
JAN: ckk

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-19448-KCF
Giuseppe Cianci                                                                 Chapter 13
Rita Cianci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 18, 2017
                              Form ID: 148             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
```
db/jdb       +Giuseppe Cianci,    Rita Cianci,    61 Hawthorne Drive,    Tinton Falls, NJ 07753-7575
aty          +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
cr           +Fox Chase IV, Phase II Condominium Association, In,    Cutolo Mandel LLC,    151 Highway 33 East,
               Suite 204,   Manalapan, NJ 07726-8635
516180323    +BCA Financial Servicer's Inc.,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
516180321    +Barclay's Bank,    P.O. Box 803,    Wilmington, DE 19899-0803
516180324    +Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
516180328    +Cutolo Mandell LLC,    151 Highway 33 East,    Suite 204,    Englishtown, NJ 07726-8635
516180329    +Diagnostic Laboratory Service,    520 E. 22nd St. Lombard,    Lombard, IL 60148-6110
516180330    +EMA Monmouth Emerg Med,    P.O. Box 417442,    Boston, MA 02241-7442
516180331    +Fingerhut Advantage,    P.O. Box 166,    Newark, NJ 07101-0166
516180333    +Fox Chase IV,    4 Walter E. Foran Blvd.,    Flemington, NJ 08822-4668
516253898    +Fox Chase IV, Phase II Condominium Association, In,    c/o Cutolo Mandel LLC,
               151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516180335    +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
               Westmont, NJ 08108-2812
516389011     MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN,    Bank of America,    PO Box 31785,
               Tampa, FL 33631-3785
516316444    +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516180339     Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728
516180341    +Monmouth Medical Imaging PA,    P.O. Box 1259,    DEPT. #88679,    Oaks, PA 19456-1259
516180342    +Montgomery Ward,    3650 Milwaukee Street,    Madison, WI 53714-2304
516259169    +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180343    +Orsini Gilson and Miller MD PC,    223 Monmouth Road,    West Long Branch, NJ 07764-1024
516180345     PNC Bank,    P.O. Box 742032,    Pittsburgh, PA 15274
516180344    +Pendrick Capital Partners,    P.O. Box 1022,    Wixom, MI 48393-1022
516180346    +Power UP,    P.O.Box 659820,    San Antonio, TX 78265-9120
516180325    +SOUTHERN OCEAN MEDICAL CENTER,    Celentano Stabtmauer & Walentowicz LLP,    1035 Route 46 East,
               Suite B208,   Clifton, NJ 07013-2469
516608808   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516180347    +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
516259168    +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516400158    +Southern Ocean Medical Center,    c/o Celentano Stadtmauer & Walentowicz,    PO Box 2594,
               Clifton, NJ 07015-2594
516180348    +Stoneberry,    P.O. Box 2820,    Monroe, WI 53566-8020
516259171    +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516180349     Target National Bank,    2701 Wayzata Boulevard,    Minneapolis, MN 55416
516180350     Tmobile,    Attn: Bankruptcy Department,    P.O. Box 54310,    Bellevue, WA 98015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2017 22:27:21      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2017 22:27:19      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
lm           +EDI: BANKAMER.COM Jul 18 2017 22:08:00      Bank of America,NA,    7105 Corporate Drive,
               Plano, TX 75024-4100
516180319    +EDI: RMSC.COM Jul 18 2017 22:13:00      Amazon,    P.O. Box 960013,    Orlando, FL 32896-0013
516180320    +EDI: BANKAMER.COM Jul 18 2017 22:08:00      Bank of America Home Loans,    7105 Corporate Drive,
               Plano, TX 75024-4100
516180322    +E-mail/Text: ebn@barnabashealth.org Jul 18 2017 22:27:40      Barnabis Health,    P.O. Box 903,
               Oceanport, NJ 07757-0903
516362799     EDI: BL-BECKET.COM Jul 18 2017 22:13:00      Capital One NA,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516180326    +E-mail/Text: bankruptcy@certifiedcollection.com Jul 18 2017 22:27:14
               Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516180327    +EDI: RCSFNBMARIN.COM Jul 18 2017 22:08:00      Credit One Bank,    P.O. Box 98873,
               Las Vegas, NV 89193-8873
516180332    +EDI: AMINFOFP.COM Jul 18 2017 22:08:00      First Premier Bank,    P.O. Box 5519,
               Sioux Falls, SD 57117-5519
516180334    +EDI: RMSC.COM Jul 18 2017 22:13:00      JC Penney,    P.O. Box 9600090,    Orlando, FL 32896-0001
516180336    +EDI: CBSKOHLS.COM Jul 18 2017 22:08:00      Kohls/Capital One,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
516360803     EDI: RESURGENT.COM Jul 18 2017 22:08:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516180337    +EDI: WFNNB.COM Jul 18 2017 22:13:00      Lane Bryant/Comenity Bank,    P.O. Box 659728,
               San Antonio, TX 78265-9728
516356517     EDI: MERRICKBANK.COM Jul 18 2017 22:08:00      MERRICK BANK,    Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
```

```
District/off: 0312-3           User: admin              Page 2 of 2             Date Rcvd: Jul 18, 2017
                               Form ID: 148             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516180338      +EDI: MERRICKBANK.COM Jul 18 2017 22:08:00     Merrick Bank,   P.O. Box 30537,
                Tampa, FL 33630-3537
516180340      +E-mail/Text: ebn@barnabashealth.org Jul 18 2017 22:27:40     Monmouth Medical Center,
                P.O. Box 29962,   New York, NY 10087-9962
516418023       EDI: PRA.COM Jul 18 2017 22:08:00     Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                POB 41067,   Norfolk VA 23541
516389805      +EDI: JEFFERSONCAP.COM Jul 18 2017 22:13:00     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516212976       EDI: Q3G.COM Jul 18 2017 22:13:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                PO Box 788,   Kirkland, WA  98083-0788
516380964       EDI: Q3G.COM Jul 18 2017 22:13:00     Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
516272917       EDI: Q3G.COM Jul 18 2017 22:13:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
516352600      +E-mail/Text: bncmail@w-legal.com Jul 18 2017 22:27:27     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516180351      +EDI: RMSC.COM Jul 18 2017 22:13:00     Walmart,   P.O. Box 965024,   Orlando, FL 32896-5024
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY et al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation   Bank of America,NA dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          George E Veitengruber, III    on behalf of Joint Debtor Rita   Cianci Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          George E Veitengruber, III    on behalf of Debtor Giuseppe   Cianci Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          Hubert C. Cutolo    on behalf of Creditor   Fox Chase IV, Phase II Condominium Association, Inc.
           hcutolo@cutololaw.com
          Jordan Seth Blask    on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
                                                                                               TOTAL: 8
```