UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on July 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Giuseppe Cianci
Rita Cianci

Debtor(s)

CHAPTER 13 CASE NO. 16-19448 / KCF

Hearing Date:  July 12, 2017   9:00 am

Honorable Kathryn C. Ferguson

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Giuseppe Cianci  
Rita Cianci  
     Debtors

Case No. 16-19448-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Jul 18, 2017  
                   Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.  
db/jdb     +Giuseppe Cianci,   Rita Cianci,   61 Hawthorne Drive,   Tinton Falls, NJ 07753-7575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:

      Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al...  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Loss Mitigation   Bank of America,NA dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      George E Veitengruber, III   on behalf of Joint Debtor Rita   Cianci Gveitengruberesq@gmail.com,  
       knapolitano15@gmail.com  
      George E Veitengruber, III   on behalf of Debtor Giuseppe   Cianci Gveitengruberesq@gmail.com,  
       knapolitano15@gmail.com  
      Hubert C. Cutolo   on behalf of Creditor    Fox Chase IV, Phase II Condominium Association, Inc.  
       hcutolo@cutololaw.com  
      Jordan Seth Blask   on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,  
       agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com  
                                                                                                                                                                                                                  TOTAL: 8