Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–19448–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Giuseppe Cianci
61 Hawthorne Drive
Tinton Falls, NJ 07753

Rita Cianci
61 Hawthorne Drive
Tinton Falls, NJ 07753

Social Security No.:
xxx–xx–6718

xxx–xx–5068

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 1, 2017</u>

<u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court